UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| James Michal Craig and | ) CASE NO. 13-08091-RLM-7 |
| Kelli Kay Craig, | ) |
| | ) |
| DEBTORS. | ) |

OBJECTION TO MOTION FOR RELIEF FROM STAY

Come now the Debtors, James Michal Craig and Kelli Kay Craig, by counsel, and object to the motion filed by AmeriCredit Financial Services, Inc., d/b/a, GM Financial, and in support whereof show the Court as follows:

1. Although the Debtors may be three (3) months in arrears on their Note, the Debtors have a pending offer to redeem their 2013 Chevrolet Equinox for the sum of $2,540 which, if accepted, will render the Creditor's Motion for Relief moot.

2. Given the Debtors pending offer of redemption and the fact they paid their entire unpaid balance plus interest through their Chapter 13 Plan before this case was converted, it would be fundamentally unfair for the Creditor to be granted the relief it seeks.

WHEREFORE, the Debtors, James Michal Craig and Kelli Kay Craig, counsel, respectfully object to the Motion filed by AmeriCredit Financial Services, Inc., d/b/a, GM Financial, and request that the Creditor's Motion be denied.

Respectfully Submitted,

**/s/Christopher Holmes**
Tom Scott & Associates, P.C.
Attorneys for Debtor(s)
5140 Madison Avenue, Suite 1B
Indianapolis, IN  46227
Phone:  (317) 786-6113
Fax: (317)786-6119
E-mail: bcrowe@tomscottlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 8/29/17, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I hereby certify that on 8/29/17, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

- N/A

**/s/Christopher Holmes**
Tom Scott & Associates, P.C.
Attorneys for Debtor(s)